# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KIM CIOLKOWSKI**                                                                    **PLAINTIFF**

**V.**                         **CASE NO. 4:20-CV-552-JM-BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration**                                                    **DEFENDANT**

## ORDER

Pending is Commissioner of the Social Security Administration's Unopposed Motion to Reverse and Remand. (Doc. No. 12) For good cause shown, the Commissioner's motion is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

IT IS SO ORDERED this 22nd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE