# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KIM CIOLKOWSKI**                                                             **PLAINTIFF**

**V.**                   **CASE NO. 4:20-CV-552-JM-BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration**                                     **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Kim Ciolkowski and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

DATED this 22nd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE