IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**KIM CIOLKOWSKI**                                                                                    **PLAINTIFF**

v.                                      No. 4:20-cv-00552-JM

**ANDREW SAUL, Commissioner of**
**Social Security**                                                                                   **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Docket No. 15).  The Commissioner has advised the Court that he has no objection to the amount of the requested attorney's fees.

Therefore, the motion is GRANTED.  Pursuant to the EAJA, Plaintiff is awarded a reasonable attorney's fee of $7,326.00.  Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F.Chermol, Esquire. Otherwise, the award shall be made payable to Kim Ciolkowski.  All checks paid in accordance with this Order are to be mailed to 11450 Bustleton Avenue, Philadelphia, PA 19116.

DATED this 5th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE